Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, on behalf of herself and all others similarly situated ) ) | Case No.  2:14-cv-01254-JAK-AS |
| Plaintiff, ) ) | |
| vs. ) ) | **CLASS ACTION** |
| BAYVIEW LOAN SERVIING, LLC, ) ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. ) ) ) | **Hon. John A. Kronstadt** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 27th day of May, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 27th day of May, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

Paul W Sweeney , Jr
K&L Gates LLP
10100 Santa Monica Boulevard 7th Floor
Los Angeles, CA 90067
Attorney for Defendant

This 27th day of May, 2014.

s/Todd M. Friedman
Todd M. Friedman