Paul W. Sweeney, Jr. (SBN 112511)
paul.sweeney@klgates.com
Kevin Asfour (SBN 228993)
kevin.asfour@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard, 7th Fl.
Los Angeles, California
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001

Andrew C. Glass (*pro hac vice*)
andrew.glass@klgates.com
Gregory N. Blase (*pro hac vice*)
gregory.blase@klgates.com
Roger L. Smerage (*pro hac vice*)
roger.smerage@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 2:14-cv-01254-JAK (ASx)<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**(F.R.C.P. 41)** |

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Ann Fox and defendant Bayview Loan Servicing, LLC, through their respective counsel, hereby stipulate and agree to DISMISS the Complaint (Docket

No. 1) WITH PREJUDICE with respect to the individual claims of plaintiff Ann Fox and WITHOUT PREJUDICE with respect to the claims of the putative class described in the Complaint. Each Party shall bear his and its own costs and expenses, including attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

Respectfully submitted,

Dated: July 3, 2014   **Law Offices of Todd M. Friedman, P.C.**

By: s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

Dated: July 3, 2014   **K&L GATES LLP**

By: s/ Kevin S. Asfour
Kevin S. Asfour, Esq.
Attorney for Defendant

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4a(2), I hereby certify that the content of this document is acceptable to Todd M. Friedman, Esq., counsel for Plaintiff, and that I have obtained Mr. Friedman's authorization to affix his electronic signature to this document.

Dated: July 3, 2014   Respectfully submitted,

K&L Gates LLP

By: s/ Kevin S. Asfour
Kevin S. Asfour, Esq.
Attorney for Defendant

# PROOF OF SERVICE

I, Kevin S. Asfour, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10100 Santa Monica Boulevard, 7th Fl., Los Angeles, California. On July 3, 2014, I served the following documents:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On the parties listed below:

Todd M. Friedman, Esq.
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager, Esq.
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California and the United States that the above is true and correct.

Executed on July 3, 2014, at Los Angeles, California.

By: s/ Kevin S. Asfour
Kevin S. Asfour, Esq.